**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7103

JAMES R. AURSBY,

Plaintiff - Appellant,

v.

KYLE THOMAS RICHARDSON; IRENE PAYNE HYRE; HIRAM MACPHERSON; STEVEN HERRICK; KYLE ALEXANDER SMITH; GREGORY BRIAN SAATHOFF; STEVE CLINK; DAVID SMITH; HAROLD W. CLARKE; CHEVROLET, INC.; DAMERON, R.N.; WOODSON, Warden; D. GREGORY, N.R.C.; P. WHITE, Warden,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, Senior District Judge.  (7:21-cv-00339-JPJ-PMS)

Submitted:  May 23, 2023                          Decided:  May 25, 2023

Before AGEE, WYNN, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James R. Aursby, Appellant Pro Se.  Taylor Denslow Brewer, MORAN, REEVES & CONN, PC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James R. Aursby appeals the district court's order dismissing his 42 U.S.C. § 1983 amended complaint, in which he alleged claims of deliberate indifference, in violation of the Eighth Amendment, and state law claims. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Aursby v. Richardson*, No. 7:21-cv-00339-JPJ-PMS (W.D. Va. Sept. 6, 2022). We deny Aursby's motions to appoint counsel and for default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*